FILED
2020 JAN 6 PM 1:15
CLERK
U.S. DISTRICT COURT

RONALD ADY (USB 3694)
RONALD ADY, PLLC
8 East Broadway, Ste. 725
Salt Lake City, UT 84111
(801) 530-3122
(801) 746-3501 fax

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALEX TAYLOR and NALLELY TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, TRANSWORLD SYSTEMS, INC., EGS FINANCIAL CARE, INC. fka NCO Financial Systems, Inc. and DOES I through X.<br><br>Defendants. | **ORDER REQUIRING PRODUCTION OF SCHEDULE 1 METADATA**<br><br>**Case No. 2:19-cv-00120**<br><br>**Judge** Bruce Jenkins |

UPON HEARING the Plaintiffs' Short-Form Discovery Motion brought before the Court on September 17, 2019, the Court,

ORDERS THAT:

1. Defendants shall within ten (10) days of September 17, 2019 produce the metadata for Schedule 1 referred to in the 2007-1 Pool Supplement Agreement, JPMorgan Chase Bank, N.A., Defendants' document number 150795_7028-001_POOL.

2. Plaintiffs' Short-Form discovery motion, docket 29, is stricken with the understanding that the Defendants will provide the metadata for Schedule 1 as ordered, and with leave granted to the Plaintiffs to renew that motion in the event their expert has a justifiable reason for requesting information from the Defendants' in addition to

the metadata they provided Plaintiffs pursuant to the terms of this Order.

    IT IS SO ORDERED.

Signed 1/6, 2020

HON. BRUCE S. JENKINS, JUDGE
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

Pursuant to *Fed. R. Civ. P.* 5, I certify that on the 13th day of December, 2019, I served a true and correct copy of the foregoing document on the following:

Michael Alltmont (malltmont@sessions.legal)

by e-mail.

/s/Ronald Ady