# EXHIBIT C

**Alltmont, Michael**

| | |
|---|---|
| **From:** | Alltmont, Michael |
| **Sent:** | Friday, March 15, 2019 4:02 PM |
| **To:** | 'adyr@80law.com' |
| **Cc:** | 'George Burbidge'; Jessica L. Dauzat |
| **Subject:** | RE: Taylor v. NCSLT |

Ron,

Nice speaking with you. The loan documents for the two loans, one which Mr. Taylor is the borrower and one which Mr. Taylor is the co-borrower, can be downloaded from the sharefile linked below. The files with "7028" in the middle are for the loan for which Mr. Taylor is the borrower, "3035" for the co-borrower.

As it relates to the AES letter, the documents labeled "LOAN" include a "Note Disclosure Statement." It and the disbursement checks confirm the date of disbursement. The disclosure statement also includes the total balance, including fees, upon disbursement.

The subject AES letter concerns a loan disbursed 12/11/06 with a balance of $22,099.45. However, the loan you are filing suit about was disbursed 12/7/06 with a balance of $33,519.55. The AES letter does not concern the loan made the subject of the instant lawsuit.

I look forward to speaking again next week.

Regards,



Michael Alltmont, Attorney | Sessions, Fishman, Nathan & Israel
Direct: 504.846.7954 | Mobile: 504.258.3678 | Fax: 504.828.3737 | malltmont@sessions.legal
3850 N. Causeway Blvd., Suite 200, Metairie, LA 70002-7227 | Main: 504.828.3700
Direct Links: Bio • Email • Download V-Card • Website
California • Colorado • Florida • Georgia • Illinois
Louisiana • New Jersey • New York • Pennsylvania • Texas

Confidentiality: This e-mail is confidential and intended only for the recipient(s) named. Unless you are a named recipient, your reading, distributing, forwarding, or copying this communication is prohibited and may violate the legal rights of others. If you received this communication in error, please call me, return the e-mail to me, and delete it from your system.

**From:** Alltmont, Michael
**Sent:** Friday, March 15, 2019 12:23 PM
**To:** 'adyr@80law.com'

**Cc:** 'George Burbidge' ; Jessica L. Dauzat
**Subject:** RE: Taylor v. NCSLT

Ron,

I'm doubling back to see if you had some time available next week to discuss this case. Please let me know.

Regards,

**From:** Alltmont, Michael
**Sent:** Monday, March 11, 2019 9:26 AM
**To:** 'adyr@80law.com' <adyr@80law.com>
**Cc:** 'George Burbidge' <george.burbidge@chrisjen.com>; Jessica L. Dauzat <jdauzat@sessions.legal>
**Subject:** Taylor v. NCSLT

Ron,

I am outside counsel for defendants and will be entering this matter pro hac in the near future. George shot me the initial plan and report and by and large it looks fine – just a couple edits to clarify the scope of discovery, clarify defendants denial of alleged wrongdoing, and move the ESI preservation date to the disbursement of the loans – which better represents the scope of the relevant time period.

I'd like to talk with you sometime this week about the lawsuit. Do you have time later this afternoon or tomorrow?

Thanks.

**Alltmont, Michael**

| | |
|---|---|
| **From:** | Alltmont, Michael |
| **Sent:** | Friday, March 15, 2019 4:03 PM |
| **To:** | 'adyr@80law.com' |
| **Cc:** | 'George Burbidge'; Jessica L. Dauzat |
| **Subject:** | RE: Taylor v. NCSLT |

Here is the sharefile link: https://sessions.sharefile.com/d-sce7ebdfeedc43b4a

**From:** Alltmont, Michael
**Sent:** Friday, March 15, 2019 4:02 PM
**To:** 'adyr@80law.com'
**Cc:** 'George Burbidge' ; Jessica L. Dauzat
**Subject:** RE: Taylor v. NCSLT

Ron,

Nice speaking with you. The loan documents for the two loans, one which Mr. Taylor is the borrower and one which Mr. Taylor is the co-borrower, can be downloaded from the sharefile linked below. The files with "7028" in the middle are for the loan for which Mr. Taylor is the borrower, "3035" for the co-borrower.

As it relates to the AES letter, the documents labeled "LOAN" include a "Note Disclosure Statement." It and the disbursement checks confirm the date of disbursement. The disclosure statement also includes the total balance, including fees, upon disbursement.

The subject AES letter concerns a loan disbursed 12/11/06 with a balance of $22,099.45. However, the loan you are filing suit about was disbursed 12/7/06 with a balance of $33,519.55. The AES letter does not concern the loan made the subject of the instant lawsuit.

I look forward to speaking again next week.

Regards,

**From:** Alltmont, Michael
**Sent:** Friday, March 15, 2019 12:23 PM
**To:** 'adyr@80law.com' <adyr@80law.com>
**Cc:** 'George Burbidge' <george.burbidge@chrisjen.com>; Jessica L. Dauzat <jdauzat@sessions.legal>
**Subject:** RE: Taylor v. NCSLT

Ron,

I'm doubling back to see if you had some time available next week to discuss this case. Please let me know.

1

Regards,

**From:** Alltmont, Michael
**Sent:** Monday, March 11, 2019 9:26 AM
**To:** 'adyr@80law.com' <adyr@80law.com>
**Cc:** 'George Burbidge' <george.burbidge@chrisjen.com>; Jessica L. Dauzat <jdauzat@sessions.legal>
**Subject:** Taylor v. NCSLT

Ron,

I am outside counsel for defendants and will be entering this matter pro hac in the near future. George shot me the initial plan and report and by and large it looks fine – just a couple edits to clarify the scope of discovery, clarify defendants denial of alleged wrongdoing, and move the ESI preservation date to the disbursement of the loans – which better represents the scope of the relevant time period.

I'd like to talk with you sometime this week about the lawsuit. Do you have time later this afternoon or tomorrow?

Thanks.