RONALD ADY  (USB 3694)
RONALD ADY, PLLC
8 East Broadway, Ste. 725
Salt Lake City, UT 84111
(801) 530-3122
(801) 746-3501 fax

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALEX TAYLOR and NALLELY TAYLOR,<br><br>    Plaintiffs,<br><br>                    v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, TRANSWORLD SYSTEMS, INC., EGS FINANCIAL CARE, INC. fka NCO Financial Systems, Inc. and DOES I through X.<br><br>    Defendants. | **PLAINTIFFS' NOTICE OF FILING**<br><br><br>**Case No. 2:19-cv-00120-BSJ**<br><br>**Judge** Bruce Jenkins |

PLEASE TAKE NOTICE that attached are Exhibits A through I to Document 72.

DATED this 20th day of February, 2020.

        ___/S/ Ronald Ady_____
        RONALD ADY
        RONALD ADY, PLLC
        8 East Broadway, Ste. 725
        Salt Lake City, UT 84111
        (801) 746-3500
        (801) 746-3501 fax
        adyr@80law.com
        Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

Pursuant to *Fed. R. Civ. P.* 5, I certify that on the 20th day of February, 2020, I served a true and correct copy of the foregoing document on the following:

  Michael Alltmont (malltmont@sessions.legal)

  George Burbidge (george.burbidge@chrisjen.com)

by e-filing.

           ___/s/Ronald Ady_____